

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00074-CR

JOSEPH GLYNN SANDERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 7th District Court
Smith County, Texas
Trial Court No. 007-1409-18

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Appellant Joseph Glynn Sanders was convicted of possession of a controlled substance and, after enhancement, was sentenced to life imprisonment. Sanders has appealed from that conviction and the resulting sentence. On May 21, 2019, Sanders' court-appointed appellate counsel, Austin Reeve Jackson, filed an *Anders*[1] brief, and on June 6, 2019, Sanders filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Sanders' access to the record.

Jackson advised this Court that on June 11, 2019, he mailed a complete paper copy of the appellate record to Sanders. On that same date, this Court mailed a copy of the digitally recorded exhibit contained in the appellate record to Sanders care of Ms. Foley in the law library at the Estelle Unit in Huntsville, Texas. Allowing fifteen days for the record to be delivered to Sanders and giving Sanders thirty days to prepare his pro se response, we hereby set July 26, 2019, as the deadline for Sanders to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        June 11, 2019

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).

2